UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BUMPER CROP FARMS, LLC, | ) |
|         Plaintiff, | ) Case No. 1:18-cv-00200-SNLJ |
| v. | ) In re: Dicamba Herbicides Litigation |
| | ) Case no. 1:18-md-02820-SNLJ |
| MONSANTO COMPANY, *et al.*, | ) |
| | ) MDL 2820 |
|         Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) voluntarily dismissing this action with prejudice, with each party to bear their own costs. [Doc. 23]. The parties' stipulation of dismissal is effective upon filing and does not require judicial approval. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, all claims in this case having been dismissed with prejudice, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 18th day of August, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE